## Commonwealth *v.* Black, Appellant.

Submitted
September 12, 1967. *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.